MARTIN MURPHY, Respondent, v. ROCHESTER TELEPHONE COMPANY and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted.